WWR# 041095576

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
AT WILKES-BARRE

| | |
|---|---|
| IN RE: | CASE NO. 22-02392 |
| ANA TEMPLE | CHAPTER 13 |
| | JUDGE MARK J CONWAY |
| DEBTOR(S) | |

**NOTICE OF APPEARANCE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, VOLVO CAR FINANCIAL SERVICES LLC.

Please send all further communications, pleadings, court notices, and other documents intended for VOLVO CAR FINANCIAL SERVICES LLC to undersigned agent.

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ GARRY MASTERSON
    GARRY MASTERSON
    Agent for Creditor
    965 KEYNOTE CIRCLE
    BROOKLYN HEIGHTS, OH 44131
    877-338-9484
    bronationalecf@weltman.com

Case 5:22-bk-02392-MJC    Doc 12    Filed 01/11/23    Entered 01/11/23 15:07:50    Desc
Main Document    Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 11th day of January, 2023 addressed to:

VINCENT RUBINO, Attorney for Debtor
VRubino@newmanwilliams.com

JACK N ZAHAROPOULOS, Trustee
8125 ADAMS DR STE A
HUMMELSTOWN, PA 17036
info@pamd13trustee.com

OFFICE OF THE UNITED STATES TRUSTEE
ustpregion03.ha.ecf@usdoj.gov

ANA TEMPLE
1635 CHERRY LANE RD UNIT 365
ANALOMINK, PA 18320-5012

,

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ GARRY MASTERSON
    GARRY MASTERSON
    Agent for Creditor
    965 KEYNOTE CIRCLE
    BROOKLYN HEIGHTS, OH 44131
    877-338-9484
    bronationalecf@weltman.com