UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **ANA TEMPLE,** | : | **Chapter 13** |
| Debtor(s), | : | Case No. **5:22-bk-02392-MJC** |
| | | |
| **YAHYA ALMADANI,** | : | |
| Movant, | : | Motion for |
| v. | : | Relief from Stay |
| **ANA TEMPLE, ANA'S PARROTS AND** | : | |
| **SUPPLIES CORPORATION,** and | : | |
| **JACK N. ZAHAROPOULOS, TRUSTEE,** | : | |
| Respondent(s) | : | |

## ORDER GRANTING RELIEF FROM STAY TO YAHYA ALMADANI

AND NOW, upon consideration of the Motion of **YAHYA ALMADANI** for Relief from Stay with Concurrence, Relief from Stay is hereby GRANTED to allow **YAHYA ALMADANI** to pursue litigation in the Court of Common Pleas of Monroe County in the case of Yahya Almadani v. Ana Temple, Individually and d/b/a Ana's Parrots and Supplies Corporation, docketed at 1681-CV-2021, against **ANA'S PARROTS AND SUPPLIES CORPORATION**. Another Motion and Order will be required for any relief to pursue personal liability against Debtor **ANA TEMPLE**. It is further ORDERED that this Order is **not** subject to the stay of order pursuant to Rule 4001(a)(3).